# CIVIL TRIAL MINUTES
# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Neil V. Wake | **Date:** March 10, 2020 |
| **Ellen Keates v. Michael Koile, et al.** | **Case Number:** CV-15-1270-PHX-NVW |

**Attorneys for Plaintiff:** Amanda Chua, Shawn McMillan, Adrian Paris
**Attorneys for Defendants:** Timothy Watson, Cynthia Starkey, Michael Gaughan

**JURY TRIAL (Day 1):**

8:44 a.m. Trial convenes with respective counsel, plaintiff, and defendants present. Pretrial matters discussed. 9:00 a.m. Recess.

9:13 a.m. Reconvene. Prospective jurors present and sworn. Voir dire examination commences. 10:17 a.m. Recess.

10:37 a.m. Reconvene. Voir dire examination continues. 11:34 a.m. Jury leaves the courtroom. Jurors #6, #10, #17, #1, #7, #14 and #16 questioned individually. Jurors #6 and #1 are excused from the panel. Challenges raised. 12:45 p.m. Court stands at recess while counsel make strikes.

1:36 p.m. Reconvene. Panel of 8 jurors are seated and administered the oath. Jury preliminarily instructed by the Court. Opening statements. 3:13 p.m. Recess.

3:37 p.m. Reconvene. Jury not present. Discussion held. 3:40 p.m. Jury enters the courtroom. Plaintiff's case. Video deposition of Kimberly Pender is played. 4:58 p.m. Jury is excused until 3/11/2020 at 9:00 a.m. Discussion held regarding video depositions.

5:15 p.m. Recess.

| | |
|---|---|
| **Court Reporter**: Laurie Adams | **Time in Court: 6 hrs 43 min** |
| **Deputy Clerk:** Kathleen Zoratti | **8:44 AM – 5:15 PM** |